1

2

3                    UNITED STATES DISTRICT COURT

4                           DISTRICT OF NEVADA

5                                   * * *

6    SHELIA CONASTER, et al.,                )
                                             )
7              Plaintiff(s),                 )
                                             )
8                    vs                      )        Case # 2:06-CV-1236-PMP-VCF
                                             )
9    CITY OF NORTH LAS VEGAS,                )
     et al.,                                 )
10                                           )        ORDER REFERRING CASE FOR
               Defendant(s).                 )        SETTLEMENT CONFERENCE
11   _____        )

12

13          This case is currently stacked on the calendar on **Tuesday, February 12, 2013**,

14   for a Jury Trial.

15          **IT IS ORDERED** that this case is hereby referred to Magistrate Judge

16   **Cam Ferenbach** for a settlement conference.

17          DATED this 9th day of August, 2012.

18

19                                           _____
                                             PHILIP M. PRO, U.S. DISTRICT JUDGE
20

21

22

23

24

25

26

27

28