Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
702-893-3383
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

STATE OF NEVADA

* * * * *

| | |
|---|---|
| SHEILA CONATSER, individually; ALLAN CONATSER, individually and as Special Administrator of the ESTATE OF PHILLIP ROGER CONATSER,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a corporate City of the State of Nevada; the NORTH LAS VEGAS POLICE DEPARTMENT, an entity of the CITY OF NORTH LAS VEGAS, OFFICER PETER SMIRGA, in his individual and official capacity, LT. EDMOND FINIZIE, in his individual and official capacity; DOE OFFICERS I through X, individually, and in their official capacity; and DOES XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:06-cv-1236-PMP-VCF<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...
...
...
...
...
...

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 7 day of MARCH, 2013.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

DATED this ___ day of _____, 2013.

E. BRENT BRYSON, LTD.

E. Brent Bryson, Esq.
Nevada Bar No. 4933
2775 S. Rainbow Blvd.
Suite 103
Las Vegas, Nevada 89146
Attorneys for Plaintiff

ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 8, 2013.